# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**July 28, 2009**

| | | |
|---|---|---|
| 28673 | State v. Nakanelua | Affirmed |

**July 29, 2009**

| | | |
|---|---|---|
| 29280 | Chee v. Chee | Affirmed |
| 29110 | State v. Kamai | Affirmed |

**July 30, 2009**

| | | |
|---|---|---|
| 28734 | Agasiva v. Agasiva | Affirmed |
| 28613 | Bridgman v. Bridgman | Vacated and Remanded |
| 28628 | State v. Caravalho | Affirmed |
| 29153 | State v. Martin | Affirmed |
| 28256 | State v. Motta | Affirmed |